UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANG CHUN PETROCHEMICAL CO. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>SEKISUI SPECIALTY CHEMICALS AMERICA, LLC,<br><br>    Defendant-Intervenor. | Before: Gregory W. Carman, Judge<br><br>Court No. 11-00095 |

## ORDER

Upon consideration of Defendant's partial consent motion for an extension of time for the Department of Commerce to file its remand results and upon consideration of Plaintiff's failure to file a response despite its opposition to Defendant's motion, it is hereby

ORDERED that Defendant's motion for an extension of time is granted; and it is further

ORDERED that the Department of Commerce shall file its remand results no later than July 15, 2013; and it is further

ORDERED that Plaintiff shall file its comments on the remand results no later than August 12, 2013; and it is further

*Court No. 11-00095* *Page 2*

ORDERED that Defendant and Defendant-Intervenor shall file their responses to Plaintiff's comments on the remand no later than September 9, 2013.

/S/   Gregory W. Carman
Judge

Dated: June 17, 2013
    New York, New York